# LAW OFFICE OF ADAM G. SINGER, PLLC

ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

*Application denied without prejudice.  The Court commends the parties' efforts to resolve this matter.  Given that mediation should commence by March 16, 2026, ECF No. 19, not long before the March 31, 2026 fact discovery deadline, ECF No. 11, the Court hereby extends all deadlines by **thirty days**.*

February 27, 2026

*The Clerk of Court is directed to terminate ECF No. 20.*

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: March 3, 2026*

**Re:** *Galasso v. Citibank, N.A.* **1:25-cv-03211-JHR**
**Joint Letter Motion to Stay Discovery Deadlines**

Dear Judge Rearden:

Our firm represents the Plaintiff in this action. The parties jointly and respectfully request that the Court stay all discovery deadlines pending their participation in mediation.

The parties are making good-faith efforts to resolve this matter outside of court as well as through mediation by selecting a mediator and scheduling their initial mediation session.  Proceeding with discovery at this time could impose unnecessary burdens and expenses, including responding to requests, producing documents, and scheduling depositions.  Staying discovery will conserve judicial resources and allow the parties to focus on mediation, thereby facilitating a more efficient resolution of the case if mediation is successful.

For these reasons, the parties respectfully request that the Court issue an order to stay all discovery in this matter until mediation is concluded.

Respectfully submitted,

Adam G. Singer

**ROCKLAND**
400 RELLA BOULEVARD, SUITE 207- 488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601